**FORD MOTOR COMPANY, Appellant,**

v.

**Diane NYBERG, Respondent,**

**Treasurer of the State of Missouri— Custodian of the Second Injury Fund, Respondent.**

**No. WD 69454.**

Missouri Court of Appeals, Western District.

Nov. 25, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 2009.

James W. Humphrey, Jr., Kansas City, MO, for Appellant.

Benita M. Seliga, Kansas City, MO, for Respondent, Treasurer.

William C. Spooner, Kansas City, MO, for Respondent, Nyberg.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Ford Motor Company appeals the Labor and Industrial Relations Commission's award of workers' compensation to Diane Nyberg. We affirm. Rule 84.16(b).